UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:18-CR-00231-01 |
| VERSUS | CHIEF JUDGE HICKS |
| JACORY DEJUAN ROBINSON (01) | MAGISTRATE JUDGE HORNSBY |

**MINUTES OF COURT:**
**Initial Appearance**

| | | | |
|---|---|---|---|
| Date: | November 27, 2018 | Presiding: | Magistrate Judge Mark L. Hornsby |
| Court Opened: | 10:30 a.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 10:40 a.m. | Court Reporter: | LCR |
| Statistical Time: | 0:10 | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| Seth Reeg standing in for John Aaron Crawford (AUSA) Jacory Dejuan Robinson, Defendant | For | United States of America |

**PROCEEDINGS**

**INITIAL APPEARANCE on Indictment:**

The defendant admitted his identity and was advised of the charge and of his constitutional rights.

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel. The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

**ARRAIGNMENT:**

Arraignment was set for **November 29, 2018** at **3:30 p.m.** before Magistrate Judge Mark L. Hornsby in Courtroom 3.

**BOND DETERMINATION/DETENTION HEARING:**

The court granted the government's oral motion for temporary detention pending a detention hearing. The detention hearing was set for **November 29, 2018** at **3:30 p.m.** before Magistrate Judge Hornsby in Courtroom 3. Accordingly, the defendant is remanded to the custody of the U.S. Marshal pending the detention hearing.